RECEIVED
JUN 27 2016
DEBORAH S. HUNT, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **DONALD C. MARRO** | )<br>) |
| Movant - Appellant | )<br>) Case No. 16-1821<br>) |
| v. | )<br>) |
| **NEW YORK STATE TEACHERS'**<br>**RETIREMENT SYSTEM, Individually and on**<br>**behalf of All Other Persons Similarly Situated** | )<br>)<br>)<br>) |
| Plaintiff - Appellee | )<br>) |
| **GENERAL MOTORS COMPANY;**<br>**DANIEL F. AKERSON; NICHOLAS S. CYPRUS;**<br>**CHRISTOPHER P. LIDDELL; DANIEL AMMANN;**<br>**CHARLES K. STEVENS, III, MARY T. BARRA;**<br>**THOMAS S. TIMKO; GAY P. KENT** | )<br>)<br>)<br>)<br>) |
| Defendants - Appellees | )<br>) |

## NOTICE OF ISSUES ON APPEAL

Pro se Settlement Class Member and Appellant, Donald C. Marro ("Marro"), files his Notice of Issues on Appeal as Exhibit 1 hereto.

Dated: June 23, 2016

Respectfully submitted,

by: _____
Donald C. Marro, pro se
3318 Bust Head Road
The Plains, VA  20198
telephone:  (540) 253-5309
facsimile:  (540) 905-8241
email:  dmarro@crosslink.net

- 1 -

EXHIBIT 1

GENERAL MOTORS ISSUES ON APPEAL

Are as set forth in Appellant's Notice of Supplemental Objection and Supplemental Objection to the proposed Settlement Agreement and Required or Related Relief (*Docket #111*):

1. The tests of reasonableness, fairness and accuracy requirements of Federal Rules of Civil Procedure 23(e) were either unsatisfied or only marginally satisfied by the Settlement Agreement and, in particular, the public policy provisions of *Tellabs, Inc. v Maker Issues & Rights Ltd.*, 551 US 308, 313 (2007) were unsatisfied.

2. The Trial Court erred by declining to consider supplemental argument and take judicial notice of an authoritative news article which cast serious doubt on the measure of damages relied upon.

3. The Trial Court erred by not holding adversarial evidentiary hearings on the issues of arm's length negotiations and the measure of damages when the evidence was that the parties colluded in reaching settlement rather more than negotiated.

4. The Trial Court erred by not holding adversarial evidentiary hearings on the issues of class make-up and interests when the evidence is that Lead Plaintiff for the Class either carelessly or negligently failed to represent the Class by omitting common stock warrant holders as Class Members or common stock warrants as covered securities.

5. Such other and further issues as might become evident and be raised during the interval of time available for Appellant's opening brief to be prepared.

Dated: June 23, 2016    by: _____
                            Donald C. Marro, pro se

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, this Notice of Issues on Appeal was served on the parties below by email and US Mail and filed with the District Court Clerk via US Mail.

By: _____
Donald C. Mayro, pro se

Bernstein Litowitz Berger & Grossman LLP
Salvatore J. Graziano, Esq.
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
email: Salvatore@blbglaw.com

Kirkland & Ellis LLP
Robert J. Kopecky, Esq.
300 North LaSalle
Chicago, IL 60654
email: rkopecky2kirkland.com

3318 Bust Head Road
The Plains, VA 20198

United States Court of Appeals
for the Sixth Circuit
540 Potter Stewart
Office of the Clerk
Cincinnati, OH 45202-3988





$1.15