RECEIVED
NOV 1 4 2016
DEBORAH S. HUNT, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DONALD C. MARRO, ) | |
| ) | |
| Movant-Appellant, ) | |
| v. ) | |
| ) | |
| NEW YORK STATE TEACHERS' ) | |
| RETIREMENT SYSTEM, Individually ) | |
| and on Behalf of All Other Persons ) | |
| Similarly Situated ) | |
| ) | |
| Plaintiff-Appellee, ) | Case No. 16-1821 |
| ) | |
| and ) | |
| ) | |
| GENERAL MOTORS COMPANY, ) | |
| DANIEL F. AKERSON, NICHOLAS ) | |
| S. CYPRUS, CHRISTOPHER P. ) | |
| LIDDELL, DANIEL AMMANN, ) | |
| CHARLES K. STEVENS, III, MARY ) | |
| T. BARRA, THOMAS S. TIMKO, and ) | |
| GAY KENT, ) | |
| ) | |
| Defendants-Appellees. ) | |

**MOVANT-APPELLANT'S OMNIBUS REPLY TO PLAINTIFF-APPELLEE'S
RESPONSE AND DEFENDANTS-APPELLEES' JOINDER**

Defendants-Appellees ("GM") Responded in Opposition to Movant-Appellant's petition to proceed *in forma pauperis* ("Petition") and Motion to Include the 4/20/16 Hearing Transcript ("Transcript") in this Petition. Plaintiff-Appellee ("NYSTRS") joined GM's Response in Opposition.

**I. ANALYSIS**

GM's Response surprisingly either misstates FRAP 10(b)(3)(C) or transparently misleads with a partial quotation therefrom. FRAP 10(b)(3)(C) does not require an Appellant to order a transcript but merely to choose whether one is required under the circumstances of Appellant's assessment of what should constitute the Record on Appeal.

The Transcript was not, in Appellant's view, at all useful or necessary for this Court to have before it a complete Record on Appeal.

The 4/20/16 Hearing was pro forma, followed the pleadings almost verbatim, involved no witnesses or testimony and was over almost as soon as it began.

Nothing in the Argument raised by either Appellee or in the Order from the District Court contradicts the utter valuelessness of the Transcript.

## II. ARGUMENT

It is within the discretion of this Court to grant *in forma pauperis* status to the Movant-Appellant.

It is within the discretion of this Court to allow the Transcript, if this Court so orders, to be provided at government expense or to order Movant-Appellant to make such payment arrangements as this Court might deem appropriate.

It is within the discretion of this Court to dismiss Appellant's appeal if the Record on Appeal, excluding the Transcript, is insufficient to adjudicate the Issues on Appeal previously filed by Appellant.

Dated: November 9, 2016          by: _____
                                      Donald C. Marro, pro se
                                      3318 Bust Head Road
                                      The Plains, VA  20198
                                      540-253-5309 (tel)
                                      540-905-8241 (fax)
                                      email: dmarro@crosslink.net

### Proof of Service

The foregoing was delivered to Counsel for NYSTRS and GM by US Mail.

Dated: November 9, 2016          by: _____
                                      Donald C. Marro, pro se

Case: 16-1821  Document: 28  Filed: 11/14/2016  Page: 3

3318 Bust Head Road
The Plains, VA 20198

Sixth Circuit Court of Appeals
Attn: Clerk of Court
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

U.S. POSTAGE
PAID
THE PLAINS, VA
20198
NOV 09 16
AMOUNT
$0.47
R2304E106146-02

